WILLIAM JAY SCHIEFFELIN, Respondent, v. WILLIAM KELLIHER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ISAAC DENBOSKY, Respondent, v. BLANCHE DENBOSKY, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

N. WILLIAM WELLING, Appellant, v. SIMON H. KUGEL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of the FULTON TRUST COMPANY OF NEW YORK, as Trustee under the Last Will and Testament of LAWRENCE DRAKE, Deceased, for Leave to Sell and Convey Certain Real Property Known as No. 330 West Fifty-seventh Street, in the Borough of Manhattan, City of New York. SAMUEL R. WELSER, Appellant; FULTON TRUST COMPANY OF NEW YORK, as Trustee, etc., and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARIE G. ROSHEK, Respondent, v. FRANK H. ROSHEK (Sued as FRANCIS HERMAN ROSHEK), Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of WILLIAM GREENSTEIN, Respondent, for an Order Directing MORRIS BUCHSBAUM, Appellant, to Proceed with Arbitration. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SIGMUND HEYMAN, Respondent, v. JOHNSTOWN SILK MILLS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GRAHAM BROS. AKTIEBOLAG (a Corporation), Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Defendant, Impleaded with ABRAHAM J. BERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SABINE SHOSTAK, Respondent, v. FRANCIS A. DUGRO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of SOL GOGEL and Another, Respondents, against PHILIP V. BROWN, an Attorney and Counselor at Law, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.